IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03309-MJW

RAYMOND KILTHAU,

Plaintiff,

v.

LOW T MEDICAL CLINIC, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Leave to Serve by Mail (**Docket No. 9**) is GRANTED.  The Court finds that Plaintiff has used all due diligence to obtain personal service, that Defendant's registered agent is not located under his name at his assigned address, and that Defendant's registered agent cannot with reasonable diligence be served.  Plaintiff is hereby authorized to serve process upon Defendant pursuant to Colorado Revised Statutes Sec. 7-90-704(2).  As required by that statute, the process shall be served "by registered mail or by certified mail, return receipt requested, **addressed to the entity at its principal address**."

    It is further ORDERED that Plaintiff's Motion to Continue Scheduling Conference (**Docket No. 10**) is GRANTED.  The Scheduling Conference set for February 5, 2015, at 10:00 a.m. is VACATED and RE-SET for March 4, 2015, at 10:00 a.m.  Associated deadlines under Rules 16 and 26 and the Local Civil Rules are extended accordingly.

    It is further ORDERED that the deadline for the parties to file the consent form under the Pilot Program, consenting to or declining magistrate judge jurisdiciton under 28 U.S.C. Sec. 636(c), is extended to February 18, 2015.

Date: January 15, 2015