IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03309-MJW

RAYMOND KILTHAU,

Plaintiff,

v.

LOW T MEDICAL CLINIC, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of Plaintiff's Motion to Vacate Scheduling Conference (Docket No. 17) and Plaintiff's Motion for Entry of Default (Docket No. 18), it is hereby ORDERED that:

- Plaintiff's Motion to Vacate Scheduling Conference (Docket No. 17) is GRANTED;

- The Scheduling Conference set for April 7, 2015, at 1:30 p.m. is VACATED; and

- The Clerk of Court shall re-draw this case to an Article III judge due to the lack of unanimous consent of the parties under 28 U.S.C. § 636(c).

Date: March 17, 2015